# EXHIBIT A

| | | |
|---|---|---|
| AMANDA RIGGIO | : | 1ST JUDICIAL DISTRICT COURT |
| VS. NO. 571290 "A" | : | PARISH OF CADDO |
| WAL-MART STORES, INC., et al | : | STATE OF LOUISIANA |
| FILED: __________ | : | __________ DEPUTY CLERK |

**PETITION FOR DAMAGES**

The petition of **AMANDA RIGGIO** , a person of the full age of majority, residing in Caddo Parish, LA with respect represents that:

1.

**WAL-MART STORES, INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served at the C.T. Corporation System, 5615 Corporate Boulevard, Suite 400 B, Baton Rouge, LA 70808, **WAL-MART STORES EAST, LP,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served at the C. T. Corporation System, 5615 Corporate Boulevard, Suite 400 B, Baton Rouge, LA 70808, and **ANTHONY JAMES CHESTER,** who may be served at 4015 Golf Link Boulevard, Shreveport, LA 71109, are made defendants in this suit and are justly and truly indebted unto to your petitioner, **AMANDA RIGGIO,** for such damages as will fully and fairly compensate her, which damages exceed FIFTY THOUSAND AND NO/00 ($50,000.00) DOLLARS, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings, for the following reasons, to-wit:

2. -12 per Newman

On or about September 14, 2013 petitioner, **AMANDA RIGGIO,** was a customer shopping in Wal-Mart Store No. 0278 in Shreveport, LA when she slipped and fell in water and/or foreign substances on the floor causing petitioner serious injuries requiring medical attention.

3.

It is alleged on information and belief that at all times pertinent hereto Wal-Mart Store No. 0278 was owned and/or operated by either **WAL-MART STORES, INC. or**

**WAL-MART STORES EAST, LP.**

4.

On information and belief it is alleged that Wal- Mart Store No.0278 is located at 1645 East Burt Kouns Industrial Loop, Shreveport, LA.

5.

On information and belief it is alleged that all times pertinent hereto defendant, **ANTHONY JAMES CHESTER,** was the store manager of Wal-Mart Store No. 0278.

6.

On information and belief it is alleged that the water which petitioner slipped in thereby causing her serious injuries was a result of a leaking roof, which roof had been leaking and known to have been leaking for a considerable period of time.

7.

This accident occurred solely due to the fault and/or negligence of defendants or their employees or insureds, which acts of fault and/or negligence include, but are not limited to the following, to-wit:

a. Failure to keep aisles and walkways in the store reasonably safe;

b. Allowing dangerous conditions, i.e. leaking roof to exist for a considerable period of time without prompt and proper repairs made to eliminate the safety hazard;

c. Failure to discover and correct the fact that the roof had been leaking for a considerable period of time;

d. Failure to give effective warning to customers of the hidden safety hazards which existed at the store at the time of petitioner's injuries;

e. Failure to properly maintain the entire premises in good condition'

f. Failure to make necessary repairs to the premises to prevent safety hazards;

g. Failure of the manager, Anthony James Chester, to make proper and prompt repairs to prevent and correct safety hazards resulting from the leaking roof although he knew or should have known for a considerable period to time that the roof was leaking and did not take proper steps necessary to protect the store customers from being injured from safety hazards created by unknown and unmarked water on the floor;

h. Failure of the manager, Anthony James Chester, to make a cursory examination and failure to make any attempt at correcting the obvious danger resulting from the leaking roof;

I. Anthony James Chester was grossly negligent in failing to promptly correct the leaking roof although it had been leaking for a considerable period time prior to petitioner's accident;

I. Any other acts of negligence which may be proven at trial.

8.

As a result of this accident, petitioner, **AMANDA RIGGIO,** suffered injuries, which include but are not limited to following:

a. Injuries about the body in general;

b. Injuries to the spine and associated processes;

c. Severe injuries to her right ankle and right foot;

d. Injuries to her upper back;

e. Injuries to her cervical area including cervical strain and neck pain;

f. Injuries to the right leg as well as hip;

g. Headaches;

h. Severe aggravation of any pre-existing injury to the foot and ankle.

I. Any injuries which may be proven at trial.

9.

As a result of the aforedescribed injuries, petitioner, **AMANDA RIGGIO,** had to seek extensive medical attention and was unable to engage in her regular activities from the date of this accident until the present time, such condition to continue for an indefinite future period of time.

10.

At the time of the aforedescribed accident, **AMANDA RIGGIO,** was employed as well as enrolled as a student at Bossier Community College studying culinary art.

11.

As a result of petitioner's injuries and subsequent condition and ultimate surgery, **AMANDA RIGGIO** has been unable to continue working and/or continue pursuing her schooling at the community college.

12.

As a result of the aforedescribed accident, petitioner, **AMANDA RIGGIO**, sustained damages, which damages include but are not limited to the following, to-wit:

a. Past, present and future medical and attendant expenses;

b. Past, present and future physical and mental pain, suffering, and inconvenience;

c. Disability'

d. Past and present loss of earnings as well as future loss of earnings capacity;

e. Loss of quality of life;

f. Other damages which may be proven at trial.

13.

Petitioner is entitled to and desires a trial by jury in this matter.

WHEREFORE, PETITIONER, **AMANDA RIGGIO,** PRAYS THAT:

I. Defendants be served with and cited to answer this petition;

II. After due proceedings had there be judgment herein in favor of petitioner, **AMANDA RIGGIO**, and against the defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, LP,** and **ANTHONY JAMES CHESTER,** for such damages as will fully and fairly compensate her, which damages exceed FIFTY THOUSAND AND NO/00 ($50,000.00) DOLLARS, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings,

III. This cause be tried by jury upon petitioner providing proper jury bond.

PETITIONER FURTHER PRAYS for all orders and decrees necessary in the premises and for full, general and equitable relief.

BY HER ATTORNEY,

RALEIGH NEWMAN #7569
RALEIGH NEWMAN, APLC
1830 HODGES STREET
LAKE CHARLES, LA 70601
(337) 439-5788 TELEPHONE
(337) 436-5430 TELE-FAX

PLEASE SERVE DEFENDANTS AS FOLLOWS:

**WAL-MART STORES, INC.**
which may be served at the
C.T. Corporation System
5615 Corporate Boulevard, Suite 400 B
Baton Rouge, LA 70808,

**WAL-MART STORES EAST, LP**
which may be served at the C. T. Corporation System,
5615 Corporate Boulevard, Suite 400 B
Baton Rouge, LA 70808,
and

**ANTHONY JAMES CHESTER**
who may be served at 4015 Golf Link Boulevard
Shreveport, LA 71109,

ENDORSED FILED
TORI HAYES, Deputy Clerk

SEP 12 2013

A TRUE COPY - ATTEST
CADDO PARISH

# Citation

eg

RIGGIO, AMANDA

VERSUS

WALMART STORES INC ETAL

NO. 571290-A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA: TO **WALMART STORES INC**
**THRU C T CORPORATION SYSTEM, AGENT**
**5615 CORPORATE BLVD STE 400 B**
**BATON ROUGE LA 70808**

of the Parish of EAST BATON ROUGE

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date September 12, 2013.

*Also attached are the following:
__ REQUEST FOR ADMISSIONS OF FACTS
__ INTERROGATORIES
__ REQUEST FOR PRODUCTION OF DOCUMENTS
__

GARY LOFTIN, CLERK OF COURT
MIKE SPENCE, CHIEF DEPUTY

By: ________________
Deputy Clerk

RALEIGH NEWMAN
Attorney

NOTICE: ALL PARTIES ARE EXPECTED TO COMPLY WITH ALL LOCAL COURT RULES INCLUDING BUT NOT LIMITED TO RULE 12 OF FAMILY LAW DIVISION RULES.

A TRUE COPY -- ATTEST

________________
Deputy Clerk

---

These documents mean you have been sued. Legal assistance is advisable and you should contact a lawyer immediately. If you want a lawyer and cannot find one, please call the Shreveport Lawyer Referral Service at 222-0720. The Shreveport Lawyer Referral Service is affiliated with the Shreveport Bar Association. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc; please call 222-7281 for more information.

JUDGES AND COURT PERSONNEL, INCLUDING THE SHERIFF AND CLERK OF COURT EMPLOYEES, CANNOT GIVE LEGAL ADVICE.

If you are a person with a disability, reasonable accomodation and assistance may be available to allow for your participation in the court proceedings. Please contact the Clerk of Court's office for more information.

SERVICE COPY

# Citation

9-27 eg

10/5

RIGGIO, AMANDA

VERSUS

WALMART STORES INC ETAL

NO. 571290-A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA: TO ANTHONY JAMES CHESTER
~~4015~~ GOLF LINK BLVD
SHREVEPORT LA 71109

Try → 4014

of the Parish of CADDO

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date September 12, 2013.

*Also attached are the following:
__ REQUEST FOR ADMISSIONS OF FACTS
__ INTERROGATORIES
__ REQUEST FOR PRODUCTION OF DOCUMENTS
__

GARY LOFTIN, CLERK OF COURT
MIKE SPENCE, CHIEF DEPUTY

By: [signature]
Deputy Clerk

RALEIGH NEWMAN
Attorney

---

SERVICE INFORMATION: Date 9-16-13

Personal ____ Domiciliary ____ to ____

Unserved ✓ because Can't find it 4015 Golf Link gone

Remarks from 4003-4005

[signature] 1085
Deputy Sheriff

9-23-13 9:00

10/8 Por

AFTER DUE AND DILIGENT SEARCH I FAIL TO FIND THE WITHIN NAMED, BECAUSE at 4014 does not live
AND I HEREBY RETURN THE SAME TO THE CLERK'S OFFICE THIS 23 DAY OF Sept 2013
[signature]
DEPUTY SHERIFF, CADDO PARISH, LA

RECEIVED THE WITHIN Cit ON THE 8 DAY OF Oct 20 13 AND ON THE 8 DAY OF Oct 20 13 I SERVED THE SAME ON THE WITHIN NAMED subject
BY HANDING A CERTIFIED COPY HEREOF TO subject IN PERSON IN CADDO PARISH, LA
[signature] #762
DEPUTY SHERIFF, CADDO PARISH, LA

13 SEP 13 ... SHERIFF'S OFFICE

0409911

FILED
SHERIFF RETURN
OCT 0 9 2013
GARY LOFTIN
CLERK OF COURT

# Citation

eg

RIGGIO, AMANDA

VERSUS

WALMART STORES INC ETAL

NO. 571290-A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA: TO **WALMART STORES EAST LP**
**THRU C T CORPORATION SYSTEM**
**5615 CORPORATE BLVD STE 400B**
**BATON ROUGE LA 70808**

of the Parish of EAST BATON ROUGE

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date September 12, 2013.

*Also attached are the following:
__ REQUEST FOR ADMISSIONS OF FACTS
__ INTERROGATORIES
__ REQUEST FOR PRODUCTION OF DOCUMENTS
__

GARY LOFTIN, CLERK OF COURT
MIKE SPENCE, CHIEF DEPUTY

By: ________________
Deputy Clerk

RALEIGH NEWMAN
Attorney

NOTICE: ALL PARTIES ARE EXPECTED TO COMPLY WITH ALL LOCAL COURT RULES INCLUDING BUT NOT LIMITED TO RULE 12 OF FAMILY LAW DIVISION RULES.

A TRUE COPY -- ATTEST

________________
Deputy Clerk

---

These documents mean you have been sued. Legal assistance is advisable and you should contact a lawyer immediately. If you want a lawyer and cannot find one, please call the Shreveport Lawyer Referral Service at 222-0720. The Shreveport Lawyer Referral Service is affiliated with the Shreveport Bar Association. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc; please call 222-7281 for more information.

JUDGES AND COURT PERSONNEL, INCLUDING THE SHERIFF AND CLERK OF COURT EMPLOYEES, CANNOT GIVE LEGAL ADVICE.

If you are a person with a disability, reasonable accomodation and assistance may be available to allow for your participation in the court proceedings. Please contact the Clerk of Court's office for more information.

SERVICE COPY

CT Corporation

**Service of Process Transmittal**
09/20/2013
CT Log Number 523541676

**TO:** Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Riggio Amanda, Pltf. vs. Wal-Mart Stores, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 1st Judicial District Court, Parish of Caddo, LA<br>Case # 571290A |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - September 14, 2013 - Wal-Mart Store No. 0278 located at 1645 East Burt Kouns Industrial Loop, Shreveport, LA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/20/2013 at 08:45 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Raleigh Newman<br>Raleigh Newman, APLC<br>1830 Hodges Street<br>Lake Charles, LA 70601<br>337-439-5788 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/20/2013, Expected Purge Date: 09/25/2013<br>Image SOP<br>Email Notification, Candiss Golaszweski CT East CLS-VerificationEast@wolterskluwer.com<br>Email Notification, Sheron Young ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Trevor Garoutte |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CT Corporation

**Service of Process Transmittal**
09/20/2013
CT Log Number 523541201

**TO:** Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Riggio Amanda, Pltf. vs. Wal-Mart Stores, Inc., et al, including Wal-Mart Stores East, LP, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 1st Judicial District Court, Parish of Caddo, LA<br>Case # 571290A |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - September 14, 2013 - Wal-Mart Store No. 0278 located at 1645 East Burt Kouns Industrial Loop, Shreveport, LA |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/20/2013 at 08:45 |
| JURISDICTION SERVED : | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after receipt |
| ATTORNEY(S) / SENDER(S): | Raleigh Newman<br>Raleigh Newman, APLC<br>1830 Hodges Street<br>Lake Charles, LA 70601<br>337-439-5788 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/20/2013, Expected Purge Date: 09/25/2013<br>Image SOP<br>Email Notification, Candiss Golaszweski-CT East CLS-VerificationEast@wolterskluwer.com<br>Email Notification, Sheron Young ctlawsuits@walmartlegal.com |
| SIGNED:<br>PER:<br>ADDRESS: | C T Corporation System<br>Trevor Garoutte<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| TELEPHONE: | 225-922-4490 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

FILED
NOV 04 2013
TORI HAYES
DEPUTY CLERK OF COURT

| | | |
|---|---|---|
| AMANDA RIGGIO | * | SUIT NO. 571290 |
| | * | |
| VERSUS | * | FIRST JUDICIAL DISTRICT COURT |
| | * | |
| WAL-MART STORES, INC., ET AL | * | CADDO PARISH, LOUISIANA |

**ANSWER AND JURY DEMAND**

NOW INTO COURT, through undersigned counsel, come defendants WAL-MART LOUISIANA, LLC (erroneously referred to as Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP) ("Walmart") and ANTHONY JAMES CHESTER (collectively, "defendants"), who, in answer to plaintiff's Petition for Damages (the "Petition"), deny generally each and every allegation contained therein, except such as may be hereinafter specifically admitted, and without waiving any motions, exceptions or defenses, reply to the separately numbered allegations of the Petition, as follows:

1.

Defendants deny the allegations of paragraph 1 as written except to admit that Anthony James Chester and Wal-Mart Louisiana, LLC have been made defendants in this matter.

2.

Defendants deny the allegations of paragraph 2 based upon a lack of information sufficient to justify a belief therein.

3.

Defendants deny the allegations of paragraph 3, except that it is admitted that Walmart owns and operates a store on East Bert Kouns Industrial Loop in Shreveport, Louisiana.

4.

Defendants deny the allegations of paragraph 4 as written. Further answering, Wal-Mart Store No. 0278 is located at 1645 East Bert Kouns Industrial Loop, Shreveport, Louisiana.

5.

Defendants deny the allegations of paragraph 5.

6.

Defendants deny the allegations of paragraph 6.

7.

Defendants deny the allegations of paragraph 7 and each of its subparts.

8.

Defendants deny the allegations of paragraph 8 based upon a lack of information sufficient to justify a belief therein.

9.

Defendants deny the allegations of paragraph 9 based upon a lack of information sufficient to justify a belief therein.

10.

Defendants deny the allegations of paragraph 10 based upon a lack of information sufficient to justify a belief therein.

11.

Defendants deny the allegations of paragraph 11 based upon a lack of information sufficient to justify a belief therein.

12.

Defendants deny the allegations of paragraph 12 based upon a lack of information sufficient to justify a belief therein.

13.

The allegations of paragraph 13 do not require an answer from defendants. To the extent an answer is required, said allegations are denied.

## AFFIRMATIVE DEFENSES

AND NOW, defendants set forth their affirmative defenses to the Petition, as follows:

## FIRST SEPARATE AND AFFIRMATIVE DEFENSE

14.

The Petition fails to state a cause of action against defendants.

## SECOND SEPARATE AND AFFIRMATIVE DEFENSE

15.

Any injuries and damages that plaintiff may have sustained, as alleged in the Petition, allegations which defendants deny, were proximately caused by the negligence and fault of plaintiff, which totally bars or proportionately reduces any recovery to which plaintiff might otherwise be entitled. Plaintiff failed and neglected to exercise ordinary care, caution or prudence at the time of, and with respect, to the injuries and matters alleged in the Petition.

## THIRD SEPARATE AND AFFIRMATIVE DEFENSE

16.

Any injuries and damages that plaintiff may have sustained, as alleged in the Petition, allegations which defendants deny, to the extent not caused by the negligence and fault of plaintiff, were proximately caused by the negligence, fault, wrongful acts or omissions of persons or entities other than

defendants, for whose negligence, fault, wrongful acts or omissions, defendants are not responsible.

FOURTH SEPARATE AND AFFIRMATIVE DEFENSE

17.

Subject to further investigation and discovery, plaintiff, at all relevant times, failed to take reasonable action to mitigate her injuries and damages.

FIFTH SEPARATE AND AFFIRMATIVE DEFENSE

18.

Defendants allege, without admitting any liability whatsoever, that any acts or omissions of defendants were superseded by the acts or omissions of others, including those of plaintiff, all of which were independent, intervening and superseding causes of any alleged injury, damage or loss.

SIXTH SEPARATE AND AFFIRMATIVE DEFENSE

19.

Defendants are entitled to a reduction in the amount for which they may be held liable in judgment in accordance with the degree or percentage of fault and/or negligence attributable to plaintiff, or to any and all other persons and legal entities, including those which may be or are released by settlement, bankruptcy, or otherwise, all in accordance with the laws of indemnity, comparative negligence and/or contribution.

SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE

20.

To the extent that the risk, if any, alleged by plaintiff, was open and obvious, defendants are not liable to plaintiff.

**EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE**

21.

Defendants reserve the right to assert additional affirmative defenses based upon further investigation and discovery.

22.

Defendants are entitled to and pray for a trial by jury as to all issues triable by a jury.

WHEREFORE, defendants, ANTHONY JAMES CHESTER and WAL-MART LOUISIANA, LLC, pray that the above and foregoing Answer be deemed good and sufficient, and that following due proceedings had, there be judgment herein in favor of defendants and against plaintiff, dismissing her claims and demands, with prejudice, or alternatively, reducing the recovery of plaintiff according to law, at the plaintiff's sole cost.

Defendants further pray for a trial by jury and for all other general and equitable relief.

Shreveport, Louisiana, this 4th day of November, 2013.

BLANCHARD, WALKER, O'QUIN & ROBERTS
(*A Professional Law Corporation*)

By: ______________________
Paul M. Adkins, Louisiana Bar #14043
B. Slattery Johnson, Jr., Louisiana Bar #31486

400 Texas Street #1400 (71101)
P.O. Drawer 1126 (71163)
Shreveport, Louisiana
318/221-6858
Fax #318/227-2967

ATTORNEYS FOR DEFENDANTS, ANTHONY JAMES CHESTER AND WAL-MART LOUISIANA, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Answer has this date been served upon the following by placing same in the United States Mail, postage paid:

Mr. Raleigh Newman
1830 Hodges Street
Lake Charles, Louisiana 70601

Shreveport, Louisiana, this 4th day of November, 2013.

OF COUNSEL

FILED
NOV 04 2013
TORI HAYES
DEPUTY CLERK OF COURT

| | | |
|---|---|---|
| AMANDA RIGGIO | * | SUIT NO. 571290 |
| | * | |
| VERSUS | * | FIRST JUDICIAL DISTRICT COURT |
| | * | |
| WAL-MART STORES, INC., ET AL | * | CADDO PARISH, LOUISIANA |

REQUEST FOR TEN DAYS NOTICE OF
SETTING AND FOR NOTICE OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendants, ANTHONY JAMES CHESTER and WAL-MART LOUISIANA, LLC (collectively, "Defendants"), who, with respect to the above-captioned cause, request that they be given at least ten (10) days written notice in advance of the date assigned by the court for trial on the merits and any dates set for hearing of any and all motions, exceptions or pleadings and other matters pursuant to the provisions of Louisiana Code of Civil Procedure Article 1572.

Defendants further request written notice of any judgment or interlocutory order, or of the rendering of any written or oral reasons for judgment or any opinion in accordance with the provisions of Louisiana Code of Civil Procedure Articles 1913 and 1914.

Shreveport, Louisiana, this 4th day of November, 2013.

BLANCHARD, WALKER, O'QUIN & ROBERTS
*(A Professional Law Corporation)*
By: ______________________
Paul M. Adkins, La. Bar #14043
B. Slattery Johnson, Jr., Bar #31486

400 Texas Street #1400 (71101)
P.O. Drawer 1126 (71163)
Shreveport, Louisiana
318/221-6858
Fax: 318/227-2967

ATTORNEYS FOR DEFENDANTS, ANTHONY JAMES CHESTER AND WAL-MART LOUISIANA, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Request for Ten Days Notice of Setting and for Notice of Judgment has this date been served on Mr. Raleigh Newman, attorney for plaintiff, 1830 Hodges Street, Lake Charles, Louisiana 70601, by placing same in the United States Mail, properly addressed, with sufficient postage affixed, this 4th day of November, 2013.

OF COUNSEL