UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **AMANDA RIGGIO** | * | **CASE NO. 14-cv-0442** |
| | * | |
| **VERSUS** | * | **JUDGE WALTER** |
| | * | |
| **WAL-MART STORES, INC., ET AL.** | * | **MAGISTRATE JUDGE HORNSBY** |

### JOINT STIPULATION OF DISMISSAL

Plaintiff, AMANDA RIGGIO, and defendants, WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and ANTHONY JAMES CHESTER, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above action is voluntarily dismissed, with prejudice.

BLANCHARD, WALKER, O'QUIN & ROBERTS

By:   /s/ B. Slattery Johnson, Jr.
      Paul M. Adkins, LA Bar #14043
      B. Slattery Johnson, Jr., LA Bar #31486
      Jerry Edwards, LA Bar #30242

333 Texas Street – Suite 700 (71101)
P.O. Drawer 1126 (71163)
Shreveport, Louisiana
318/221-6858
Fax: 318/227-2967
padkins@bwor.com
sjohnson@bwor.com
jedwards@bwor.com

ATTORNEYS FOR
WAL-MART LOUISIANA, LLC AND
WAL-MART STORES, INC.

RALEIGH NEWMAN, APLC

By:   /s/ Raleigh Newman
      Raleigh Newman, LA Bar #7569

1830 Hodges Street
Lake Charles, Louisiana 70601
337/439-5788
Fax: 337/436-5430

ATTORNEY FOR AMANDA RIGGIO

2